CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 1 1 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **GREGORY DARRELL COTTRELL,** | ) | |
| **Plaintiff,** | ) | Civil Action No. 7:18-cv-00086 |
| | ) | |
| **v.** | ) | **DISMISSAL ORDER** |
| | ) | |
| **UNKNOWN,** | ) | **By:    Michael F. Urbanski** |
| **Defendant(s).** | ) | **Chief United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This _11_ day of June, 2018.

/s/ Michael F. Urbanski

Chief United States District Judge